**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RENAE HAMM AND ALVIN HAMM, | : | No. 384 MAL 2016 |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| NATHAN HANDWERK AND GLEN HANDWERK, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.